# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

v.                        Case No. 4:18-cr-00622-04 KGB

**SANTOS VEGA-GONZALEZ**                                          **DEFENDANT**

## ORDER

Pending is defendant Santos Vega-Gonzalez's motion for adjustment of sentence (Dkt. No. 382). Mr. Vega-Gonzalez does not qualify for a reduction in his sentence under United States Sentencing Guideline Amendment 821. Although Mr. Vega-Gonzalez had zero criminal history points, he received a two-level adjustment under United States Sentencing Guideline ("U.S.S.G.") § 3B1.1(c) for his role in the offense. *See* U.S.S.G. § 4C1.1(a)(10) (excluding defendants who "receive[d] an adjustment under § 3B1.1 (Aggravating Role)" from a zero-point offender adjustment). The Court already considered this fact when it sentenced Mr. Vega-Gonzalez on June 26, 2024.

Additionally, Mr. Vega-Gonzalez's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ." (Dkt. No. 281, at 3). Because Mr. Vega-Gonzalez knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief. *United States v. Cowan,* 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582(c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement). For all of these reasons, the Court denies the motion (Dkt. No. 382).

It is so ordered this 6th day of January, 2025.

                                                  _____
                                                  Kristine G. Baker
                                                  Chief United States District Court Judge